PD-0312-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/8/2015 10:17:26 AM
Accepted 6/8/2015 4:36:17 PM
ABEL ACOSTA
CLERK

No. PD-0312-15

## IN THE TEXAS COURT OF CRIMINAL APPEALS

---

### ROBERT SCOTT SHEARER, Petitioner/Appellant

### V.

### THE STATE OF TEXAS, Respondent/Appellee

---

**Petition for Discretionary Review
From the 10th Court of Appeals Cause No. 10-14-00031-CR;
Appealed from County Court at Law No. 2
Brazos County, Texas
Trial Court Cause Number 5054-A**

---

**STATE'S SUPPLEMENTAL REPLY TO PETITION FOR DISCRETIONARY REVIEW**

---

**THE STATE OF TEXAS**

**RODNEY W. ANDERSON**
Brazos County Attorney

**ERIC K. QUISENBERRY**
Assistant County Attorney
Brazos County, Texas
300 E. 26th Street, Suite 1300
Bryan, Texas 77803
Telephone: (979) 361-4300
Fax: (979) 361-4312
State Bar No. 24077850
equisenberry@brazoscountytx.gov

FILED IN
COURT OF CRIMINAL APPEALS

June 8, 2015

ABEL ACOSTA, CLERK

**Oral Argument Requested**

i

# IDENTITIES OF PARTIES AND COUNSEL

APPELLANT:                                ROBERT SCOTT SHEARER
917 Franklin, Suite 230
Houston, Texas 77002

APPELLEE:                                  THE STATE OF TEXAS

RODNEY W. ANDERSON
Brazos County Attorney

ERIC K. QUISENBERRY
Assistant County Attorney
300 E. 26th Street, Suite 1300
Bryan, Texas 77803
equisenberry@brazoscountytx.gov

STATE PROSECUTING ATTORNEY
209 W. 14th Street
Austin, Texas 78701
information@spa.texas.gov

TRIAL JUDGE:                            HON. JIM LOCKE

# **TABLE OF CONTENTS**

IDENTITIES OF PARTIES AND COUNSEL……………………………….………ii

TABLE OF CONTENTS…………………………………………………………iii

WITHDRAWAL OF PORTION OF ARGUMENT………………..………...1

PRAYER…………………………………………………………...………1

CERTIFICATE OF SERVICE……………………………………………..2

CERTIFICATE OF COMPLIANCE……………………………...………..3

## WITHDRAWAL OF PORTION OF ARGUMENT

In the State's original Reply to Shearer's Petition for Discretionary Review, the State asserted Shearer's petition to this Honorable Court was untimely. The State has since learned that although Shearer requested a thirty-day extension in this request, this Honorable Court granted a sixty-day extension. As a result, Shearer's petition was due on May 22, 2015, and the filing was not untimely.

The State's argument regarding the untimeliness of Shearer's petition is therefore without merit. The State respectfully withdraws said argument and regrets the oversight which led to this error.

The State respectfully withdraws its argument regarding the untimeliness of Shearer's Petition for Discretionary Review. The State maintains its positions otherwise stated in its reply and requests the Court refuse Shearer's Petition.

## PRAYER

The State respectfully prays this Honorable Court refuse Shearer's Petition for Discretionary Review.

/s/ Eric K. Quisenberry_____
**ERIC K. QUISENBERRY**
Assistant County Attorney
Brazos County, Texas
300 E. 26th Street, Suite 1300
Bryan, Texas 77803
Telephone: (979) 361-4300
Fax: (979) 361-4312
State Bar No. 24077850

1

## CERTIFICATE OF SERVICE

I, Eric K. Quisenberry, attorney for the State of Texas, do hereby certify that a true and correct copy of the foregoing document was sent to the following on this the 8th day of June, 2015.

R. SCOTT SHEARER
917 Franklin, Suite 230
Houston, Texas  77002

STATE PROSECUTING ATTORNEY
209 W. 14th Street
Austin, Texas  78701
information@spa.texas.gov

/s/ Eric K. Quisenberry___
**Eric K. Quisenberry**

# CERTIFICATE OF COMPLIANCE

At the request of the Court, I certify that this submitted filing complies with the following requests of the Court:

1. This filing is labeled with or accompanied by the following information:

   a. Case Name: ROBERT SCOTT SHEARER V. STATE OF TEXAS

   b. The Docket Number: PD-0312-15

   c. The Type of Brief: State's Supplemental Reply to Petition for Discretionary Review

   d. Word Count: 637

   e. The Word Processing Software and Version Used to prepare the filing: Microsoft Office Word 2010

2. This disc or CD (or email attachment) contains only an electronic copy of the submitted filing and does not contain any appendices, any portion of the appellate record (other than a portion contained in the text of the filing) hypertext links to other material, or any document that is not included in the filing.

3. The electronic filing is free of viruses or any other files that would be disruptive to the Court's computer system. The following software, if any, was used to ensure the filing is virus-free: Symantec Endpoint Protection.

4. I understand that a copy of this filing will be posted on the Court's web site and becomes part of the Court's record.

5. Copies have been sent to all parties associated with this case.

/s/ Eric K. Quisenberry__
**Eric K. Quisenberry**

3